AO 442 (Rev. 11/11) Arrest Warrant

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
3:29 pm, Jun 30 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

**23-1872 ADC**

United States of America
v.

MICHAEL ANTHONY MATTHEWS,
11544201
2387-0419-0521-J
*Defendant*

Case No. 2:23-CR-7-1

**RECEIVED** By PTaylor at 11:24 am, Apr 19, 2023

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MICHAEL ANTHONY MATTHEWS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Fentanyl

Date: 04/18/2023

_____
*Issuing officer's signature*

City and state: Elkins, WV

Michael John Aloi, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/19/2023, and the person was arrested on *(date)* 06/30/2023
at *(city and state)* Baltimore, MD

Date: 06/30/2023

_____
*Arresting officer's signature*

For: ATF R. O'Santi, USM
*Printed name and title*